IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LIONEL SNIPES,

Defendant.                                             No. 13-30034-DRH

ORDER

**HERNDON, Chief Judge**:

Now before the Court is attorney Daniel Cronin's motion to withdraw as attorney (Doc. 36). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** Mr. Cronin leave to withdraw as attorney and **APPOINTS** Stephen R. Welby, The Shell Building, 1221 Locust Street, Suite 407, St. Louis, MO 63103, to represent Snipes in this matter.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2013.

Digitally signed by David R. Herndon
Date: 2013.07.25 12:00:02 -05'00'

Chief Judge
United States District Court

[1]